UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE C. DANIELS,<br><br>     Plaintiff,<br><br>v.<br><br>CITY OF L.A. et al.,<br><br>     Defendants. | Case No. 2:22-cv-09377-SB-KS<br><br>FINAL JUDGMENT |

    Pursuant to the Court's Order Dismissing Case entered this day, it is hereby ordered, adjudged, and decreed that this case is DISMISSED in its entirety without prejudice.

    This is a Final Judgment.

Date: January 4, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

1